IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ESTECH SYSTEMS IP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MITEL NETWORKS, INC.,<br><br>Defendant. | 2:21-CV-00473 |

**DEFENDANT MITEL NETWORKS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Mitel Networks, Inc. ("Mitel"), Defendant in the above-captioned matter, certifies that there are no publicly held entities that own ten percent or more of Mitel's stock.

Dated: February 28, 2022

Respectfully submitted,

*/s/ Melissa R. Smith*

Benjamin E. Weed (*admitted pro hac vice*)
benjamin.weed@klgates.com
Gina A. Johnson, (*admitted pro hac vice*)
gina.johnson@klgates.com
**K&L GATES LLP**
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: +1 312 372 1121
Facsimile: +1 312 827 8000

Melissa Richards Smith
melissa@gillamsmithlaw.com
**Gillam & Smith, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: +1 903-934-8450
Facsimile: +1 903-934-9257

*Attorneys for Defendant Mitel Networks, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 28, 2022, the foregoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ Melissa R. Smith*