## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ESTECH SYSTEMS IP, LLC, § § *Plaintiff*, § § v. § § MITEL NETWORKS, INC., § § *Defendant*. § § § | Case No. 2:21-CV-00473-JRG-RSP |

### ORDER

Mitel Networks, Inc. previously filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(c) raising a 35 U.S.C. § 101 subject matter eligibility challenge. (Dkt. No. 33.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 174) recommending denial of Mitel's motion. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that Mitel's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(c) raising a 35 U.S.C. § 101 subject matter eligibility challenge (Dkt. No. 33) is **DENIED**.

**So Ordered this**

**Sep 23, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE