# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ESTECH SYSTEMS IP, LLC, | § |
| *Plaintiff*, | § |
| v. | §  Case No. 2:21-cv-00473-JRG-RSP |
| MITEL NETWORKS, INC., | §  (LEAD CASE) |
| *Defendant*. | § |

## ORDER

Before the Court, consolidated defendant Abbott Laboratories moves unopposed to designate Eric H. Findlay of Findlay Craft PC as "co-lead counsel of record for discovery purposes". **Dkt. No. 252.** Abbott Laboratories asserts that it will continue to be represented by lead counsel Kalpesh K. Shah of Benesch Friedlander Coplan & Aronoff LLP. However, no such designation is permitted by the Local Rules. See L.R. CV-11. Accordingly, the motion is **DENIED**.

SIGNED this 30th day of November, 2022.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE