IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ESTECH SYSTEMS IP, LLC, § § *Plaintiff,* § § v. § § MITEL NETWORKS, INC., ET AL., § § *Defendants.* § | § § § § CIVIL ACTION NO. 2:21-CV-00473-JRG-RSP § (LEAD CASE) § § § § |

### ORDER

Before the Court are four joint motions to stay and notice of settlement:

1. Joint Motion to Stay all Deadlines and Notice of Settlement filed by Plaintiff Estech Systems IP, LLC and Defendant Abbott Laboratories of Member Case No. 2:21-CV-00476 (**Dkt. No. 378**);
2. Joint Motion to Stay all Deadlines and Notice of Settlement filed by Estech and Defendants Fiserv, Inc. and Fiserv Solutions, LLC ("Fiserv") of Member Case No. 2:21-CV-00477 (**Dkt. No. 379**);
3. Joint Motion to Stay all Deadlines and Notice of Settlement filed by Plaintiff Estech Systems IP, LLC and Defendant Marriott International, Inc. of Member Case No. 2:21-CV-00480 (**Dkt. No. 380**); and
4. Joint Motion to Stay all Deadlines and Notice of Settlement filed by Estech and Defendants Randstad US LLC and Randstad Professionals US, LLC ("Randstad") of Member Case No. 2:21-CV-00479 (**Dkt. No. 381**).

After due consideration, the Court **GRANTS** the motions. It is therefore **ORDERED** that all proceedings between Estech and Defendants Abbott Laboratories, Fiserv, Marriott, and Randstad stayed until June 19, 2023. Absent a showing of good cause, the parties shall submit dismissal papers no later than June 19, 2023.

**SIGNED this 19th day of May, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE