IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ESTECH SYSTEMS IP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MITEL NETWORKS, INC.<br><br>Defendant. | C.A. No. 2:21-cv-00473-JRG-RSP |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, the Plaintiff Estech Systems IP, LLC ("Estech") and Defendant Mitel Networks, Inc. ("Mitel") have agreed to settle, adjust, and compromise all claims in the above-captioned action. The parties, therefore, move this Court to dismiss the above-entitled cause and all claims by Estech against Mitel and all claims by Mitel against Estech made therein with prejudice to the re-filing of same.

The parties further move the court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

A proposed Order accompanies this motion.

Dated: October 2, 2023                                            Respectfully submitted,


*/s/ Fred I. Williams*                                            */s/ Erik J. Halverson*
Fred I. Williams                                                  Erik J. Halverson (admitted pro hac vice)
Texas State Bar No. 00794855                                      erik.halverson@klgates.com
Lea N. Brigtsen                                                   Jared R. Lund (admitted pro hac vice)
Texas State Bar No. 24054504                                      jared.lund@klgates.com

1

Robert Rhodes
Texas State Bar No. 24116958
WILLIAMS SIMONS & LANDIS PLLC
The Littlefield Building
601 Congress Ave., Suite 600
Austin, TX 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
lbrigtsen@wsltrial.com
rrhodes@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

*Attorneys for Plaintiff Estech Systems IP, LLC*

K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL 60602
Telephone: +1 312 372 1121
Facsimile: +1 312 827 8000

Caroline M. Vermillion (admitted pro hac vice)
caroline.vermillion@klgates.com
K&L GATES LLP
599 Lexington Avenue
New York, NY 10022
Telephone: +1 212 536 3987

Melissa Smith (Texas Bar No. 24001351)
Gillam & Smith LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: +1 903 934 8450
Facsimile: +1 903 934 9257
melissa@gillamsmithlaw.com

*Attorneys for Defendant Mitel Networks, Inc..*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 2, 2023, the undersigned caused a copy of the foregoing document to be served on all counsel of record, via the Court's CM/ECF system, pursuant to the Federal Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Defendant and counsel for Plaintiff met and conferred, and all parties agree to filing the foregoing document as a joint motion.

*/s/ Fred I. Williams*
Fred I. Williams