IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ESTECH SYSTEMS IP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MITEL NETWORKS, INC.<br><br>Defendant. | C.A. No. 2:21-cv-00473-JRG-RSP |

## **ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff Estech Systems IP, LLC ("Estech") and Defendant Mitel Networks, Inc. ("Mitel"), announced to the court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims against Mitel by Estech and against Estech by Mitel herein are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

This is a final judgment.

**SO ORDERED.**