# EXHIBIT AA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ESTECH SYSTEMS IP, LLC,<br><br>　　　　Plaintiff<br>　v.<br><br>ABBOTT LABORATORIES,<br><br>　　　　Defendant. | CIVIL ACTION NO. 2:21-cv-00476-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## **DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS**

Plaintiff Estech Systems IP, LLC ("Estech") provides the following disclosure of asserted claims and infringement contentions pursuant to P.R. 3-1.

### **P.R. 3-1(a):  Identification of Infringed Claims**

Defendant Abbott Laboratories ("Abbott") infringes the following claims of U.S. Patent Nos. 8,391,298 (the "'298 Patent"); 7,068,684 (the "'684 Patent"); 6,067,349 (the "'349 Patent"); and 7,123,699 (the "'699 Patent") (collectively, the "Asserted Patents"):

| Asserted Patent | Infringed Claims |
|---|---|
| '298 Patent | 1-5, 7-12 |
| '684 Patent | 29-41 |
| '349 Patent | 1-3, 6-8 |
| '699 Patent | 1 & 2 |

1

**P.R. 3-1(b): Identification of Accused Instrumentalities[1]**

'298 Patent

The following instrumentalities, when made or used in one or more combinations, form the systems and perform the methods accused of infringing each asserted claim of the '298 Patent ("Accused Instrumentalities"):

- The networking equipment (*e.g.*, hubs, switches, routers, and servers) that provide local area networks (LANs) to Abbott's premises for use with Voice over IP (VoIP) services;

- The networking equipment (*e.g.*, hubs, switches, routers, and servers) that couple Abbott's LANs and provide VoIP services over a wide area network (WAN), such as the Internet;

- VoIP telephony devices (*e.g.*, VoIP phones, software-based VoIP phones, and mobile applications that provide VoIP functionality), including, but not limited to, the Avaya J100 IP Phones, Avaya 9600 IP Deskphones, Avaya 9500 Digital Deskphones, Avaya 1608 IP Deskphone, Avaya 1616 IP Deskphone, Avaya 1408 Digital Deskphone, Avaya 1416 Digital Deskphone, Avaya 1140E IP Deskphone, Avaya 3904 Digital Deskphone, Avaya 3905 Digital Deskphone, and the Avaya Cloud Office App;

- VoIP telephony devices (*e.g.*, VoIP phones, software-based VoIP phones, and mobile applications that provide VoIP functionality), computing devices, and

---

[1] Any and all products and services of or provided by Cisco or its Affiliates, including any portions thereof, alone or in combination with one or more other products, services, processes, or other items, are licensed and are not alleged to satisfy, in whole or in part, any element or a step of any claim in the Asserted Patents.

2

servers that allow a user to observe a list of extensions and call an extension from the list using Abbott's VoIP services; and

- Servers and networking equipment that provide VoIP services to Abbott's VoIP telephony devices, including, but not limited to Avaya servers that provide VoIP services to Abbott.

The Accused Instrumentalities for the '298 Patent include all related software for the hardware components identified above and the systems that employ those hardware components.

'684 Patent

The following instrumentalities, when used in one or more combinations, form the systems and perform the methods accused of infringing each asserted claim of the '684 Patent ("Accused Instrumentalities"):

- The networking equipment (*e.g.*, hubs, switches, routers, and servers) that provide local area networks (LANs) to Abbott's premises for use with Voice over IP (VoIP) services and data services (*e.g.*, Internet connectivity) for networked devices and couple Abbott's LANs to networked devices over a wide area network (WAN), such as the Internet;

- VoIP telephony devices (e.g., VoIP phones, software-based VoIP phones, and mobile applications that provide VoIP functionality), including, but not limited to, the Avaya J100 IP Phones, Avaya 9600 IP Deskphones, Avaya 9500 Digital Deskphones, Avaya 1608 IP Deskphone, Avaya 1616 IP Deskphone, Avaya 1408 Digital Deskphone, Avaya 1416 Digital Deskphone, Avaya 1140E IP Deskphone, Avaya 3904 Digital Deskphone, Avaya 3905 Digital Deskphone, and the Avaya Cloud Office App;

- Abbott's networked devices (*e.g.*, desktop computers, workstations, laptops, embedded devices, point-of-sale devices, and mobile devices) that send and receive data from data servers (*e.g.*, websites);

- Servers and networking equipment that provide VoIP services to Abbott's VoIP telephony devices, including, but not limited to Avaya servers that provide VoIP services to Abbott; and

- Data servers that receive data from and provide data to Abbott's networked devices (*e.g.*, websites).

The Accused Instrumentalities for the '684 Patent include all related software for the hardware components identified above and the systems that employ those hardware components.

<u>'349 Patent</u>

The following instrumentalities, when used in one or more combinations, form the systems and perform the methods accused of infringing each asserted claim of the '349 Patent ("Accused Instrumentalities"):

- Servers and networking equipment (*e.g.*, hubs, switches, routers, and servers) that provide VoIP services (including voicemail) to Abbott's VoIP telephony devices, including, but not limited to Avaya servers that provide VoIP services to Abbott; and

- VoIP telephony devices (*e.g.*, VoIP phones, software-based VoIP phones, and mobile applications that provide VoIP functionality), including, but not limited to, the Avaya J100 IP Phones, Avaya 9600 IP Deskphones, Avaya 9500 Digital Deskphones, Avaya 1608 IP Deskphone, Avaya 1616 IP Deskphone, Avaya 1408 Digital Deskphone, Avaya 1416 Digital Deskphone, Avaya 1140E IP Deskphone,

Avaya 3904 Digital Deskphone, Avaya 3905 Digital Deskphone, and the Avaya Cloud Office App.

The Accused Instrumentalities for the '349 Patent include all related software for the hardware components identified above and the systems that employ those hardware components.

<u>'699 Patent</u>

The following instrumentalities, when used in one or more combinations, form the systems and perform the methods accused of infringing each asserted claim of the '699 Patent ("Accused Instrumentalities"):

- The networking equipment (*e.g.*, hubs, switches, routers, and servers) that provide local area networks (LANs) to Abbott's premises for use with Voice over IP (VoIP) services;

- The networking equipment (*e.g.*, hubs, switches, routers, and servers) that couple Abbott's LANs and provide VoIP services over a wide area network (WAN), such as the Internet;

- Servers and networking equipment (*e.g.*, hubs, switches, routers, and servers) that provide VoIP services (including voicemail) to Abbott's VoIP telephony devices, including, but not limited to Avaya servers that provide VoIP services to Abbott; and

- VoIP telephony devices (e.g., VoIP phones, software-based VoIP phones, and mobile applications that provide VoIP functionality), including, but not limited to, the Avaya J100 IP Phones, Avaya 9600 IP Deskphones, Avaya 9500 Digital Deskphones, Avaya 1608 IP Deskphone, Avaya 1616 IP Deskphone, Avaya 1408 Digital Deskphone, Avaya 1416 Digital Deskphone, Avaya 1140E IP Deskphone,

>     Avaya 3904 Digital Deskphone, Avaya 3905 Digital Deskphone, and the Avaya
>     Cloud Office App.

The Accused Instrumentalities for the '699 Patent include all related software for the hardware components identified above and the systems that employ those hardware components.

### P.R. 3-1(c):  Claim Charts

Claim charts identifying specifically where each element of each asserted claim is found within the accused instrumentalities are attached hereto as Exhibit A ('298 Patent), Exhibit B ('684 Patent), Exhibit C ('349 Patent), and Exhibit D ('699 Patent).  Discovery is ongoing and Estech reserves the right to amend and supplement its infringement contentions, including in response to the production of confidential information or source code.  *See, e.g.*, P.R. 3-6(a)(1); Section 3(a) of Chief Judge Gilstrap's Sample Discovery Order for Patent Cases.

### P.R. 3-1(d):  Disclosure of Literal Infringement and Infringement under the Doctrine of Equivalents

Estech asserts that each claim limitation for each asserted claim is literally infringed, as set forth in the attached claims charts.  *See* Exs. A-D.  In addition, Estech asserts that certain claim limitations are also infringed under the doctrine of equivalents as identified in the claim charts. *See id.*  Estech reserves the right to assert additional theories under the doctrine of equivalents in response to claim construction positions that Abbott may adopt or the production of source code for software-based limitations.  *See, e.g.*, P.R. 3-6(a)(1); Section 3(a) of Chief Judge Gilstrap's Sample Discovery Order for Patent Cases.

### P.R. 3-1(e):  Disclosure of Priority Claims

The asserted claims of the '298 Patent are entitled to a priority date of February 1, 2001.

The asserted claims of the '684 Patent are entitled to a priority date of February 1, 2001.

The asserted claims of the '349 Patent are entitled to a priority date of December 31, 1997.

The asserted claims of the '699 Patent are entitled to a priority date of February 1, 2001.

**P.R. 3-1(f):  Estech's Reliance on its Instrumentalities**

At this time, Estech does not intend to rely on the assertion that its instrumentalities practice the Asserted Patents.

**P.R. 3-2:  Document Production**

Documents responsive to P.R. 3-2(a) were produced at ESTECH-0004820-ESTECH-0005011, ESTECH-0005575-ESTECH-0005577, ESTECH-0005580-ESTECH-0005682, ESTECH-0006409-ESTECH-0006664, ESTECH-0007131-ESTECH-0007365, ESTECH-0009266-ESTECH-0009273, ESTECH-0009341-ESTECH-0009344, ESTECH-0009346-ESTECH-0009360, ESTECH-0009388-ESTECH-0009396, ESTECH-0009419-ESTECH-0009438, ESTECH-0009445-ESTECH-0009463, ESTECH-0009814-ESTECH-0009817, ESTECH-0010204-ESTECH-0010209, ESTECH-0010420-ESTECH-0010423, ESTECH-0011138-ESTECH-0011143, ESTECH-0011147-ESTECH-0011166, ESTECH-0011168-ESTECH-0011168, ESTECH-0011228-ESTECH-0011231, ESTECH-0011284-ESTECH-0011291, ESTECH-0011295-ESTECH-0011298, ESTECH-0011301-ESTECH-0011301, ESTECH-0011567-ESTECH-0011601, ESTECH-0011642-ESTECH-0011643, ESTECH-0011708-ESTECH-0011711, ESTECH-0011914-ESTECH-0011919, ESTECH-0011924-ESTECH-0011924, ESTECH-0012026-ESTECH-0012034, ESTECH-0012054-ESTECH-0012075, ESTECH-0012185-ESTECH-0012277, ESTECH-0074074-ESTECH-0074123.

Documents responsive to P.R. 3-2(b) were produced at ESTECH-0001827-ESTECH-0002399, ESTECH-0002409-ESTECH-0004819, ESTECH-0005012-ESTECH-0005574, ESTECH-0005578-ESTECH-0005579, ESTECH-0005683-ESTECH-0006408, ESTECH-0006665-ESTECH-0007130, ESTECH-0007366-ESTECH-0009265, ESTECH-0009274-

ESTECH-0009340, ESTECH-0009439-ESTECH-0009444, ESTECH-0009555-ESTECH-0009813, ESTECH-0009818-ESTECH-0010099, ESTECH-0010102-ESTECH-0010103, ESTECH-0010106-ESTECH-0010107, ESTECH-0010110-ESTECH-0010111, ESTECH-0010114-ESTECH-0010114, ESTECH-0010117-ESTECH-0010120, ESTECH-0010128-ESTECH-0010168, ESTECH-0010185-ESTECH-0010194, ESTECH-0010201-ESTECH-0010201, ESTECH-0010203-ESTECH-0010203, ESTECH-0010210-ESTECH-0010211, ESTECH-0010212-ESTECH-0010419, ESTECH-0010424-ESTECH-0010473, ESTECH-0010476-ESTECH-0010565, ESTECH-0010567-ESTECH-0010568, ESTECH-0010570-ESTECH-0010574, ESTECH-0010576-ESTECH-0010576, ESTECH-0010614-ESTECH-0010623, ESTECH-0010664-ESTECH-0010664, ESTECH-0011026-ESTECH-0011028, ESTECH-0011035-ESTECH-0011127, ESTECH-0011177-ESTECH-0011220, ESTECH-0011498-ESTECH-0011505, ESTECH-0011602-ESTECH-0011641, ESTECH-0011903-ESTECH-0011910, ESTECH-0011912-ESTECH-0011913, ESTECH-0011975-ESTECH-0011982, ESTECH-0011984-ESTECH-0011989, and ESTECH-0012036-ESTECH-0012053.

Documents responsive to P.R. 3-2(c) were produced at ESTECH-0000001-ESTECH-0001826.

Discovery is ongoing, so Estech reserves the right to supplement its production with documents responsive to P.R. 3-2.

Dated: March 2, 2022                    Respectfully submitted,

By: */s/ Fred I. Williams*
Fred I. Williams
Texas State Bar No. 00794855
Michael Simons
Texas State Bar No. 24008042
WILLIAMS SIMONS & LANDIS PLLC
The Littlefield Building
601 Congress Avenue, Suite 600

Austin, Texas 78701
Tel: 512-543-1354
fwilliams@wsltrial.com
msimons@wsltrial.com

Todd E. Landis
State Bar No. 24030226
WILLIAMS SIMONS & LANDIS PLLC
2633 McKinney Ave., Suite 130 #366
Dallas, TX 75204
Tel: 512-543-1357
tlandis@wsltrial.com

John Wittenzellner
Pennsylvania State Bar No. 308996
WILLIAMS SIMONS & LANDIS PLLC
1735 Market Street, Suite A #453
Philadelphia, PA 19103
Tel: 512-543-1373
johnw@wsltrial.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 2, 2022 the undersigned caused a copy of the foregoing document to be served on all counsel of record, via electronic mail, pursuant to the Federal Rules of Civil Procedure.

*/s/ Fred I. Williams*
Fred I. Williams